

Return to:

Mail Tax statement to:
Fidelity Management Group & Services, LLC
6462 Losee Rd #110-64
N Las Vegas, NV 89086

APN # 124-25-210-104

2:26-cv-01897-RFB-BNW

Inst #: 20210421-0002941
Fees: $42.00
RPTT: $413.10 Ex #:
04/21/2021 05:01:57 PM
Receipt #: 4499674
Requestor:
FIDELITY MANAGEMENT GROUP
Recorded By: RYUD    Pgs: 3
Debbie Conway
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

## FORECLOSURE DEED

The undersigned declares:

Red Rock Financial Services, herein called agent for (Azure Manor/Rancho De Paz Homeowners Association), was the duly appointed agent under that certain Lien for Delinquent Assessments, recorded 04/18/2019 as instrument number 0001746 Book 20190418, in Clark County. The previous owner as reflected on said lien is ROWENA OLIVIA THOMPSON. Red Rock Financial Services as agent for Azure Manor/Rancho De Paz Homeowners Association does hereby grant and convey, but without warranty expressed or implied to: Fidelity Management Group & Services, LLC (herein called grantee), pursuant to NRS 116.3116 through NRS 116.31168, all its right, title and interest in and to that certain property legally described as: CENTENNIAL AZURE UNIT 3 PLAT BOOK 116 PAGE 75 LOT 195 which is commonly known as 6145 Darnley St N Las Vegas, NV 89081.

AGENT STATES THAT:
This conveyance is made pursuant to the powers conferred upon agent by Nevada Revised Statutes, the Azure Manor/Rancho De Paz Homeowners Association governing documents (CC&R's) and that certain Lien for Delinquent Assessments, described herein. Default occurred as set forth in a Notice of Default and Election to Sell, recorded on 05/24/2019 as instrument number 0002126 Book 20190524 which was recorded in the office of the recorder of said county. Red Rock Financial Services has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Lien for Delinquent Assessments and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of Azure Manor/Rancho De Paz Homeowners Association at public auction on 2/10/2021, at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale became the purchaser of said property and paid therefore to said agent the amount bid $81,000.00 in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Lien for Delinquent Assessment.

Dated: April 15, 2021

By: Sara Trevino, employee of Red Rock Financial Services, agent for Azure Manor/Rancho De Paz Homeowners Association

STATE OF NEVADA              )
COUNTY OF CLARK              )

On April 15, 2021, before me, personally appeared Sara Trevino, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

When Recorded Mail To:  Fidelity Management Group & Services, LLC
                        6462 Losee Rd #110-64
                        N Las Vegas, NV 89086

JULIA THOMPSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 08-7932-1
MY APPT. EXPIRES SEPTEMBER 04, 2024

# STATE OF NEVADA
# DECLARATION OF VALUE

**1. Assessor Parcel Number (s)**
a) 124-25-210-104
b)
c)
d)

**2. Type of Property:**

| | | | | | |
|---|---|---|---|---|---|
| a) ☐ | Vacant Land | b) ☑ | Single Fam Res. | | |
| c) ☐ | Condo/Twnhse | d) ☐ | 2-4 Plex | | |
| e) ☐ | Apt. Bldg. | f) ☐ | Comm'l/Ind'l | | |
| g) ☐ | Agricultural | h) ☐ | Mobile Home | | |
| i) ☐ | Other | | | | |

FOR RECORDERS OPTIONAL USE ONLY
Notes:

**3. Total Value/Sales Price of Property:**    $ 81,000.00
Deed in Lieu of Foreclosure Only (value of property) $
Transfer Tax Value:    $ 81,000.00
Real Property Transfer Tax Due:    $ 413.10

**4. If Exemption Claimed:**
a. Transfer Tax Exemption, per NRS 375.090, Section:
b. Explain Reason for Exemption:

**5. Partial Interest:** Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

**Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature _____    Capacity AGENT
Signature _____    Capacity _____

| SELLER (GRANTOR) INFORMATION | BUYER (GRANTEE) INFORMATION |
|---|---|
| (REQUIRED) | (REQUIRED) Fidelity Management |
| **Print Name:** Red Rock Financial Services AGT | **Print Name:** Group & Services LLC |
| **Address:** 770 E Warm Springs Rd, Suite 320 | **Address:** 6462 Losee Rd. 110#64 |
| **City:** Las Vegas | **City:** North Las Vegas |
| **State:** NV  **Zip:** 89119 | **State:** NV  **Zip:** 89086 |

**COMPANY/PERSON REQUESTING RECORDING**
(REQUIRED IF NOT THE SELLER OR BUYER)
**Print Name:** _____    **Escrow #** R832002
**Address:** _____
**City:** _____  **State:** _____  **Zip:** _____

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED)

Assessor Parcel Number: 124-25-210-104
File Number:            R832002
Property Address: 6145 Darnley St
                  N Las Vegas, NV 89081

Inst #: **20210211-0002606**
Fees: $42.00
02/11/2021 12:42:04 PM
Receipt #: 4400826
**Requestor:**
**Red Rock Financial Servic**
**Recorded By: BGN   Pgs: 1**
**Debbie Conway**
**CLARK COUNTY RECORDER**
**Src: ERECORD**
**Ofc: ERECORD**

## Certificate of Sale

On February 10, 2021 at or around 10:00am, and as instructed by the undersigned as agent for the Azure Manor/Rancho De Paz Homeowners Association (the "Association"), Innovative Field Services conducted a sale of the following described unit (the "Unit"):

Commonly known as:   6145 Darnley St, N Las Vegas, NV 89081
Legal Description:    CENTENNIAL AZURE UNIT 3 PLAT BOOK 116 PAGE 75 LOT 195

At said sale, the price bid for the Unit was **$81,000.00**, and the whole price paid was **$90,000.00**. The highest bidder at the sale was Dukhan Byrd, with vesting requested to be in the name of Fidelity Management Group & Services, LLC.

Fidelity Management Group & Services, LLC.
6462 Losee Road #110-64
N Las Vegas, NV 89086

The Unit is subject to redemption, as set forth in NRS 116.31166.

Dated: February 11, 2021

Prepared By Sara Trevino Red Rock Financial Services, on behalf of Azure Manor/Rancho De Paz Homeowners Association

STATE OF NEVADA          )
COUNTY OF CLARK          )

On February 11, 2021, before me, personally appeared Sara Trevino, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

When Recorded Mail To: Red Rock Financial Services
                        770 E. Warm Springs Road Suite 320
                        Las Vegas, Nevada 89119



JULIA THOMPSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 08-7932-1
MY APPT. EXPIRES SEPTEMBER 04, 2024

Description: Clark,NV Document - Year.Date.DocID 2021.211.2606 Page: 1 of 1
Order: 6145 Darnley Street Comment: