Electronically Filed
05/21/2026

CLERK OF THE COURT

IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA

Dukhan Byrd

Respondent

Vs,

RED ROCK FINANCIAL SERVICES, LLC;
STEVEN B. SCOW; KERRY P. FAUGHNAN;
KNOCH & SCOW LLC; STEARNS LENDING LLC;
STATE OF NEVADA; CLARK COUNTY DISTRICT COURT;
MTC FINANCIAL INC.; MORTGAGE ELECTRONIC
REGISTRATION SERVICES; FREEDOM MORTGAGE
CORPORATION; TRUSTEE CORPS



2:26-cv-01897-RFB-BNW

CAUSE NO. A-22-851152-C

## NOTICE OF SUBROGATION AND RELEASE OF MORTGAGE

Statement of Constitutional Emergency

This matter involves an immediate and ongoing threat to constitutionally protected property rights. Any attempt to deprive a natural person of property must comply with the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution. This filing is made to preserve those rights and to provide formal notice of superior claim and release.

Defendant, Dukhan Byrd, hereby gives notice and states as follows:

Subrogation Claim

Defendant asserts the right of subrogation and steps into the position of the original creditor or secured party associated with the mortgage instrument subject to this action.

Defendant's position is based on equitable and legal grounds arising from the obligation, enforcement activity, and claimed debt associated with the property, placing Defendant in a

1

position of priority interest over any party attempting to enforce said mortgage when they fail to verify their position claimed in the original foreclosure petition.

Identification of Mortgage

This Notice applies to the mortgage instrument forming the basis of the foreclosure action in this case, including all assignments, transfers, or claims derived therefrom, affecting the real property that is the subject of this action in Clark County, Nevada.

Priority and Superior Interest

Defendant asserts a superior and priority interest in the mortgage and any associated obligation, and any claim made by Plaintiff or other parties is subordinate to Defendant's asserted position.

Any party claiming an interest through or under the subject mortgage does so without superior right and is hereby placed on notice of this conflict.

Declaration of Satisfaction and Release

Defendant hereby declares that the mortgage and any associated obligation are satisfied, discharged, and unenforceable against Defendant's interest.

Any continued attempt to enforce the mortgage after this Notice is without lawful authority and is made at the enforcing party's risk.

Notice to All Parties and Third Parties

This Notice is provided to all parties of record, the Court, and any third party relying upon the subject mortgage.

All parties are hereby placed on notice that the mortgage has been challenged, that a superior claim has been asserted, and that reliance upon the mortgage instrument is disputed. Any party

2

continuing to rely upon, enforce, or act under the authority of the subject mortgage after receipt of this Notice does so at its own risk.

Notice of Fraudulent Concealment and Defective Mortgage Instrument

The transaction underlying the alleged mortgage is disputed and is subject to claims of fraudulent concealment.

The alleged loan was not supported by lawful consideration and constitutes an exchange of Defendant's promissory note for electronic credits, resulting in no lawful debt.

The mortgage instrument is defective because it does not reflect a valid bilateral agreement and was processed through administrative means rather than by lawful execution.

The promissory note was converted into a financial asset and transferred or securitized, resulting in a separation between any alleged debt and the party attempting enforcement.

No original note or verified accounting has been produced to establish the existence of a lawful obligation.

The true nature of the transaction and the handling of the instrument were not disclosed, preventing full understanding and constituting fraudulent concealment.

Notice of Liability and Opportunity to Cure

All parties are hereby placed on notice that the claims, instruments, and enforcement actions referenced in this matter have been formally challenged.

Deficiencies have been identified, including failure to establish a lawful debt, failure to produce the original note, failure to provide a verified accounting, and reliance upon disputed instruments.

Any party continuing to pursue enforcement after receipt of this Notice does so with full knowledge of these disputes and assumes the risk of liability for any resulting damages.

3

All parties are provided with an opportunity to cure by

Producing the original note and the complete chain of title

Providing a full and verified accounting of the alleged obligation

Establishing lawful authority to enforce the mortgage

Delivering the deed to the lawful property owner

Removing all property information derived from the disputed mortgage from any public or private database

Correcting any false or misleading information associated with the alleged obligation

Failure to cure these deficiencies may be used as evidence of continued enforcement without sufficient basis and may be incorporated into existing and future federal claims.

Connection to Federal Claims

The enforcement of the subject mortgage is directly connected to conduct challenged under federal law, including claims arising under 18 U.S.C. §§ 1962 and 1964.

Recording and Filing

This Notice is intended to be filed in this action and may be recorded in the public records to provide notice to all parties and to preserve Defendant's asserted rights and interests.

Verification

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 21 day of May, 2026.

Dukhan Byrd
404 S Boulder Hwy
Henderson NV, 89015

4

Certificate of Service

I certify that a true and correct copy of the foregoing was served upon all parties of record and interested parties as follows

RED ROCK FINANCIAL SERVICES, LLC
770 E. Warm Springs Rd, Suite 320
Las Vegas, NV 89119-4317

STEVEN B. SCOW (NV Bar. 9906)
KERRY P. FAUGHNAN (NV Bar. 12204)
KNOCH & SCOW LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052

STEARNS LENDING, LLC
4 Hutton Centre Drive 10th Floor
Santa Ana, CA 92707

STEARNS LENDING, LLC
P.O. BOX 26410
Santa Ana, CA 92799

STATE OF NEVADA
Aaron D. Ford (Attorney General)
100 North Carson Street,
Carson City, NV, 89701

CLARK COUNTY DISTRICT COURT
(Eighth Judicial District Court)
Steven B. Wolfson (District Attorney)
Joe Hardy Jr. (Judge)
200 Lewis Avenue, Las Vegas,
Nevada, 89155.

MTC FINANCIAL (Dba TRUSTEE CORPS)
Douglas Nunez
3571 Red Rock Street Suite A
Las Vegas, NV

5

TRUSTEE CORPS
17100 Gillette Ave
Irvine, CA 92614

MORTGAGE ELECTRONIC REGISTRATION SERVICES
Kiersten Balch, Vice President
P.O. BOX 2026 Flint, Michigan 48501-2026

FREEDOM MORTGAGE CORPORATION
P.O. BOX 8001 Fishers, IN 46038-8001

BRECKENRIDGE PROPERTY FUND 2016, LLC
2015 Manhattan Beach Blvd. Suite 100
Redondo Beach, CA 90278

Cole Grover Cherod; Larinda Alicia Cole; Earinda Cole
6145 Darnley St North Las Vegas,
NV 89081

All other parties of record and unknown parties by method authorized by law

Executed on this 21 day of May , 2026

Dukhan Byrd
404 S Boulder Hwy
Henderson NV, 89015

6