United States District Court, District of Nevada.

Dukhan Byrd

vs

RED ROCK FINANCIAL SERVICES, LLC; STEVEN B SCOW; KERRY P FAUGHNAN; MTC FINANCIAL INC dba TRUSTEE CORPS.

Case No 2:26-cv-01897-RFB-BNW

Motion for Court-Ordered Service

Plaintiff Dukhan Byrd respectfully requests that the Court authorize service of process upon Red Rock Financial Services, LLC. Plaintiff's process server has made attempts to serve Red Rock but has been unable to gain access due to restricted entry. The location is secured behind a doorbell system, and service attempts have been evaded. Plaintiff thus requests that the Court arrange or authorize an alternative method of service to ensure proper notice.

Print: _Dukhan Byrd_
Signature: _____
Date: 08 /03/2026

FILED _____ ENTERED   _____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 0 3 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY