# EXHIBIT 1

Electronically Filed
4/14/2022 9:59 AM
Steven D. Grierson
CLERK OF THE COURT

CASE NO: A-22-851152-C
Department 15

**CII**

STEVEN B. SCOW (NV Bar No. 9906)
KERRY P. FAUGHNAN (NV Bar No. 12204)
KOCH & SCOW LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
sscow@kochscow.com
kfaughnan@kochscow.com
Telephone: (702) 318-5040
Facsimile: (702) 318-5039
*Attorneys for Plaintiff*
*Red Rock Financial Services*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

RED ROCK FINANCIAL SERVICES,

Plaintiff,

vs.

ROWENA OLIVIA THOMPSON, an individual; MTC FINANCIAL INC.; MORTGAGE ELECTRONIC REGISTRATION SERVICES; STEARNS LENDING LLC; FREEDOM MORTGAGE CORPORATION; TRUSTEE CORPS; CITY OF NORTH LAS VEGAS; FIDELITY MANAGEMENT GROUP & SERVICES, LLC; and DOES 1-100;

Defendants.

Case No.:
Dept.:

**COMPLAINT FOR INTERPLEADER (NRCP 22)**

EXEMPT FROM ARBITRATION: ACTION SEEKING EQUITABLE RELIEF IN THE FORM OF INTERPLEADER (N.A.R. 3(A))

COMES NOW plaintiff RED ROCK FINANCIAL SERVICES (hereinafter sometimes "RRFS"), and pleads as follows:

**PARTIES**

1. Plaintiff Red Rock Financial Services is a licensed collection company, and at all times material herein was and is doing business in Clark County, Nevada. RRFS was hired by Azure Manor Rancho De Paz Homeowners Association (the "Association") as its agent to manage and collect assessments charged to homeowners within the Association.

2. Defendant Rowena Olivia Thompson is an individual who, on information and belief, resides in Clark County, Nevada.

3. Defendant MTC Financial Inc., which, at all times material herein, was doing business in Clark County, Nevada.

4. Defendant Mortgage Electronic Registration Services, which, at all times material herein, was doing business in Clark County, Nevada.

5. Defendant Stearns Lending LLC, which, at all times material herein, was doing business in Clark County, Nevada.

6. Defendant Freedom Mortgage Corporation, which, at all times material herein, was doing business in Clark County, Nevada.

7. Defendant Trustee Corps., which, at all times material herein, was doing business in Clark County, Nevada.

8. Defendant City of North Las Vegas, which, at all times material herein, was doing business in Clark County, Nevada.

9. Defendant Fidelity Management Group & Services LLC, which, at all times material herein, was doing business in Clark County, Nevada.

10. Plaintiff is unaware currently of the true names and capacities of those defendants sued herein as DOES 1-100 and therefore sues said defendants by such fictitious names. Plaintiff will seek leave of the court to amend this Complaint to allege the true names and capacities of said defendants when the same have been ascertained.

11. Plaintiff is informed and believes, and thereon alleges, that each of the defendants sued herein, including those named as DOES, are the agents, servants, employees, predecessor entities, successor entitles, parent entities, totally owned or controlled entities, or had some legal relationship of responsibility for, the other defendants, and in doing the things herein alleged, acted within the course and scope

and authority of such agency, employment, ownership or other relationship and with the full knowledge and consent of the other defendants, or are in some other manner legally responsible for the acts as alleged herein. Additionally, with respect to all corporate entity defendants, the officers and directors of such entities ratified and affirmed all contracts of its employees, agents, directors and/or officers.

**GENERAL ALLEGATIONS**

12. RRFS is a debt collection company, which works on behalf of homeowner associations to collect debts secured by real property, including delinquent homeowner assessments. When a property owner becomes delinquent to the homeowners association, RRFS is contracted to help collect the debt. These efforts include attempts to collect the debt directly from the property owner, but when the property owner does not pay this process culminates in a non-judicial foreclosure action pursuant to Nevada law.

13. Here, RRFS was contracted by the Association to collect debts for unpaid homeowners' assessments owed to the Association by defendant Rowena Olivia Thompson for the property located at 6145 Darnley Street, North Las Vegas, NV 89081 ("the Subject Property"). RRFS's efforts resulted in a foreclosure sale of the Subject Property on or about February 10, 2021.

14. In connection with the foreclosure sale, the Association was paid the money it was owed, and RRFS was paid its fees and costs incurred in collecting the debt as allowed by contract and Nevada law. After paying these costs, RRFS was left with funds of $49,554.52. RRFS has no further direct interest in such funds. These funds have been deposited into counsel's attorney-client trust account and $3,500 has been withheld as costs, expenses, and fees to commence this action. The remainder of such funds will be deposited with the Court or held in counsel's attorney-client trust account until such time and place as directed by this Court.

**FIRST CAUSE OF ACTION**

(Interpleader (NRCP 22) – Against All Defendants)

15. RRFS repeats and realleges all previous allegations as if fully set forth herein.

16. Records in Clark County, Nevada indicate that there are several potential liens and other debts secured by the Subject Property belonging to the defendants in this action. RRFS believes these debts exceed the amount of $46,054.52 currently in the possession of RRFS. Plaintiff does not know the current status of such debts, nor does it have knowledge how the funds should be distributed to the various defendants. Plaintiff is therefore faced with potential for multiple liability.

17. Plaintiff will serve the defendants with this Complaint; it requests that the Court determine how such funds should be distributed.

18. RRFS has incurred attorneys' fees and costs in preparing, filing and prosecuting this action and seeks reimbursement for those attorneys' fees and costs from the amount deposited with the Court per Nevada law, including NRS 116.31164.

19. RRFS requests that, after the parties have been served or at such other appropriate time, that it be dismissed from this action, as it has no direct interest in the interpleaded funds other than payment of its costs and fees for bringing the instant action.

**PRAYER**

WHEREFORE, RRFS prays for relief as follows:

1. That the court determine how the deposited funds should be distributed and order distribution of said funds;

2. That RRFS be reimbursed out of said deposited funds its attorneys' fees and costs in bringing this interpleader action;

3. That RRFS be dismissed from this action with prejudice following payment of the excess proceeds into the registry of the Court; and

4. For such other and further relief as the court determines proper.

DATED: April 14, 2022

**KOCH & SCOW, LLC**

/s/ Steven B. Scow
**STEVEN B. SCOW**
*Attorneys for Plaintiff*
*Red Rock Financial Services*