# EXHIBIT 2

Electronically Filed
09/16/2022 3:13 PM
CLERK OF THE COURT

DAVID R. KOCH (NV Bar No. 8830)
STEVEN B. SCOW (NV Bar No. 9906)
KOCH & SCOW LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
dkoch@kochscow.com
sscow@kochscow.com
Telephone: (702) 318-5040
Facsimile: (702) 318-5039
*Attorneys for Plaintiff*
*Red Rock Financial Services*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| RED ROCK FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>ROWENA OLIVIA THOMPSON, an individual; MTC FINANCIAL INC.; MORTGAGE ELECTRONIC REGISTRATION SERVICES; STEARNS LENDING LLC; FREEDOM MORTGAGE CORPORATION; TRUSTEE CORPS; CITY OF NORTH LAS VEGAS; FIDELITY MANAGEMENT GROUP & SERVICES, LLC; and DOES 1-100;<br><br>Defendants. | Case No.: A-22-851152-C<br>Dept.: 15<br><br>**ORDER DIRECTING PLAINTIFF TO INTERPLEAD FUNDS AND ALLOWING DISCHARGE AND WITHDRAWAL OF PLAINTIFF** |

Plaintiff Red Rock Financial Services ("RRFS"), by and through its counsel, Koch & Scow, LLC, filed its *Motion for Order Directing Plaintiff to Interplead Funds and Allowing Discharge and Withdrawal of Plaintiff* (the "Motion"). The Court having noted that no opposition was filed, and for good cause shown, the Court orders as follows:

1. IT IS HEREBY ORDERED that RRFS is hereby awarded reasonable attorney's fees and costs in the amount of $7,379.50 incurred in this interpleader proceeding, which fees shall be retained and withheld from the Excess Proceeds (as defined in the Motion).

2. IT IS FURTHER ORDERED that pursuant to NRS 40.440, within 30 days of this Order, RRFS is directed to deposit with the Eighth Judicial District Court Finance Department the remaining Excess Proceeds in the amount of $42,175.02 (the "Interpleader Funds"), which are net of the attorney's fees awarded pursuant to this Order.

3. IT IS FURTHER ORDERED that upon deposit of the Interpleader Funds with the Court, RRFS is discharged of any liability or claims in relation to the Excess Proceeds and Interpleader Funds, and RRFS is discharged and dismissed from this action and from any further involvement or participation in this action.

**IT IS SO ORDERED.**

**Dated this 16th day of September, 2022**

DISTRICT COURT JUDGE

**80A 68F 3268 313F**
**Joe Hardy**
**District Court Judge**

Submitted by:

/s/ Steven B. Scow
Steven B. Scow, Esq. Bar No. 9906
Counsel for Plaintiff

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Red Rock Financial Services, Plaintiff(s)<br><br>vs.<br><br>Rowena Thompson, Defendant(s) | CASE NO: A-22-851152-C<br><br>DEPT. NO. Department 15 |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 9/16/2022

| | |
|---|---|
| David Koch | dkoch@kskdlaw.com |
| Steven Scow | sscow@kskdlaw.com |
| Andrea Eshenbaugh | andrea@kskdlaw.com |
| Daniel Scow | dscow@kskdlaw.com |
| Danielle Kelley | dkelley@hutchlegal.com |
| Michael Brooks | mbrooks@hutchlegal.com |
| Kerry Faughnan | kerry.faughnan@gmail.com |