# EXHIBIT 3

Electronically Filed
12/19/2023 1:43 PM
CLERK OF THE COURT

**ORDR**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

RED ROCK FINANCIAL SERVICES,

Plaintiff,

v.

ROWENA OLIVIA THOMPSON, an individual; MTC FINANCIAL INC.; MORTGAGE ELECTRONIC REGISTRATION SERVICES; STEARNS LENDING LLC; FREEDOM MORTGAGE CORPORATION; TRUSTEE CORPS; CITY OF NORTH LAS VEGAS; FIDELITY MANAGEMENT GROUP & SERVICES, LLC; and DOES 1-100;

Defendants.

CASE NO.: A-22-851152-C
DEPT NO.: XV

**ORDER**

On September 16, 2022, this Court awarded Plaintiff reasonable attorney's fees and costs in the amount of $7,379.50 incurred in interpleader proceedings. Those fees and costs were retained and withheld from the "Excess Proceeds."[1] The Court ordered Plaintiff to deposit the remaining Excess Proceeds in the amount of $42,175.02 (the "interpleader funds") with the Clerk of the Court no later than October 16, 2022. Plaintiff deposited the interpleader funds with the Clerk of the Court on September 20, 2022.[2]

Under NRS 120A.500(1)(j), the funds would be considered abandoned one year from the date of deposit. As of the date of this Order, the funds have not been claimed. Because more than

[1] Excess Proceeds are defined in Plaintiff's July 29, 2022 Motion for Order Directing Plaintiff to Interplead Funds and Allowing Discharge and Withdrawal of Plaintiff.
[2] *See* Receipt No. 2022-54740-CCCLK dated September 20, 2022.

one year has passed since the date of deposit, the funds are hereby considered abandoned, and the property is subject to the custody of the State of Nevada under NRS 120A.530.

THEREFORE, IT IS HEREBY ORDERED,

That the funds, deposited with the Clerk of the Court on September 20, 2022, are hereby considered abandoned; and

That the funds are hereby subject to the custody of the State of Nevada pursuant to NRS 120A.530.

Further, the Court hereby DIRECTS the Clerk of the Court to prepare and file with the Office of the State Treasurer, Unclaimed Property Division, a Report of Abandoned Property pursuant to NRS 120A.560 and NAC 120A.020 *et seq*.

**Dated this 19th day of December, 2023**

**300 23C E82E 7E48**
**Joe Hardy**
**District Court Judge**



**Hon. Joe Hardy**
**District Court**
**Department XV**

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Red Rock Financial Services, Plaintiff(s)<br>vs.<br>Rowena Thompson, Defendant(s) | CASE NO: A-22-851152-C<br>DEPT. NO. Department 15 |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 12/19/2023

| | |
|---|---|
| Danielle Kelley | dkelley@hutchlegal.com |
| Michael Brooks | mbrooks@hutchlegal.com |

If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 12/20/2023

| | |
|---|---|
| Rowena Thompson | 6145 Darnley Street<br>North Las Vegas, NV, 89081 |
| Steven Scow | King Scow Koch Durham LLC<br>Attn: Steven B. Scow, Esq<br>11500 S. Eastern, Ste. 210<br>Henderson, NV, 89052 |