# EXHIBIT 4

Electronically Filed
02/24/2026

CLERK OF THE COURT

IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA

DEPERTMENT 15

RED ROCK FINANCIAL SERVICES LLC,

Plaintiff,

vs.

ROWENA OLIVIA THOMPSON, et al.,

Defendant

Case No. A-22-851152-C

MOTION FOR RELEASE OF INTERPLEADED FUNDS Hearing requested.

03/30/2026
In Chambers

## MOTION FOR RELEASE OF INTERPLEADED FUNDS

FIDELITY MANAGEMENT GROUP & SERVICES, LLC ("Claimant"), by and through this Motion, respectfully requests that this Court enter an Order directing the Clerk of this Court to release all interpleaded funds currently held in the registry of this Court—plus accrued interest thereon—to Claimant. In support of this Motion, Claimant states as follows:

## INTRODUCTION

This matter arises from the HOA foreclosure of the property located at 6145 Darnley Street, North Las Vegas, Nevada 89081 (hereinafter the "Property"). Claimant holds the recorded foreclosure deed to the Property, having been the highest bidder at the HOA foreclosure sale conducted on February 10, 2021. Claimant is entitled to all excess foreclosure proceeds remaining after payment of the HOA lien and legitimate costs of foreclosure. Red Rock Financial Services, LLC, without legal justification, filed this interpleader action and caused



7

excess proceeds to be deposited in this Court's registry. Claimant now seeks release of those funds to which it is legally entitled.

## STATEMENT OF FACTS

1. Fidelity Management Group & Services, LLC is a Nevada entity with a business address at 8275 S. Eastern Ave. Ste #200 Las Vegas, NV 89123.

2. On February 10, 2021, Red Rock Financial Services, LLC, acting as agent for Azure Manor Rancho De Paz Homeowners Association, conducted a foreclosure sale of the Property pursuant to Nevada Revised Statutes Chapter 116, Section 116.3116 et seq.

3. Claimant was the highest bidder at that public auction and purchased the Property for $81,000.00.

4. A foreclosure deed conveying all right, title, and interest in the Property to Claimant was recorded in Clark County on April 21, 2021, as Instrument #20210421-0002941 (hereinafter the "Foreclosure Deed"). The Foreclosure Deed expressly identifies Claimant as the grantee and highest bidder.

5. Following the February 10, 2021, foreclosure sale, excess proceeds remained after payment to the HOA of its lien amount and costs of foreclosure. Red Rock Financial Services reported excess proceeds of approximately $49,554.52, from which it withheld $3,500.00 in claimed costs and fees for initiating this interpleader action, leaving $46,054.52 to be deposited with the Court.

6. On April 14, 2022, Red Rock Financial Services filed a Complaint for Interpleader in this Court, naming Claimant and numerous other parties as defendants and claiming the existence of multiple competing claims to the excess proceeds.

7. On June 10, 2022, Red Rock Financial Services filed a "Notice of Voluntary Dismissal Without Prejudice" as to Fidelity Management Group & Services, LLC, effectively removing Claimant from the interpleader action while the case remained pending.

8. On September 16, 2022, this Court entered an Order Directing Plaintiff to Interplead Funds and Allowing Discharge and Withdrawal of Plaintiff, causing the excess proceeds to be deposited in the registry of this Court.

9. Since September 16, 2022, the excess proceeds have remained in the Court's registry, accruing interest, while Claimant—the legal owner of the Property and lawful recipient of such proceeds—has been denied access to funds rightfully belonging to it.

10. As of the date of this Motion (February 18, 2026), more than three years have elapsed since the foreclosure sale and more than four years since the Property's foreclosure. Claimant has never relinquished its claim to the excess proceeds and has maintained continuous ownership of the Property via the recorded Foreclosure Deed.

## LEGAL ARGUMENT

### I. CLAIMANT HOLDS THE FORECLOSURE DEED AND IS THE LAWFUL OWNER OF THE PROPERTY

Claimant holds the recorded Foreclosure Deed (Instrument #20210421-0002941) conveying full ownership of the Property. This document is a matter of public record in Clark County. Ownership of property following a foreclosure sale vests in the purchaser—here, Claimant—upon the delivery and recording of the foreclosure deed. This ownership is absolute and provides Claimant with all rights to the property, including entitlement to all excess proceeds from the sale.

## II. EXCESS FORECLOSURE PROCEEDS BELONG TO THE PROPERTY OWNER

Under Nevada law, foreclosure sale proceeds are distributed in the following order: (1) costs of foreclosure; (2) the debt secured by the foreclosed lien; and (3) excess proceeds to the owner of the property. See NRS 116.3116 et seq. (HOA foreclosure); see also NRS 107.060 (deed of trust foreclosure). Here, the HOA lien has been paid, foreclosure costs have been deducted, and excess proceeds remain. These excess proceeds are the property of Claimant, the owner of the foreclosed Property. Withholding these funds in the Court's registry without legal justification constitutes a deprivation of Claimant's property rights.

## III. RED ROCK'S INTERPLEADER WAS IMPROPER AND WITHOUT LEGAL BASIS

Interpleader is an equitable remedy available only when a stakeholder faces "genuine, bona fide claims" from multiple parties. NRCP 22. Red Rock's interpleader complaint alleged only that "records indicate" potential liens and competing claims, without identifying any actual

claim, claimant, or amount. Claimant—the clear owner via recorded foreclosure deed—was named as a defendant, yet Red Rock then voluntarily dismissed Claimant on June 10, 2022, before the funds were interpleaded.

Moreover, Red Rock never complied with the statutory demand procedure required by NRS 116.31164, which mandates written demand to potential claimants and a 30-day response period before resorting to interpleader. The absence of any verified competing claim and the failure to follow statutory procedure render the interpleader fundamentally improper and a misuse of judicial process.

## IV. CLAIMANT WAS WRONGFULLY EXCLUDED FROM THE INTERPLEADER PROCESS

Claimant was voluntarily dismissed from the interpleader action without prejudice on June 10, 2022, two months before the Court's September 16, 2022 Order interpleading the funds. This dismissal occurred despite Claimant's clear and documented ownership interest in the Property via the Foreclosure Deed. Claimant was not a competing claimant; it was the lawful owner. Red Rock's decision to dismiss Claimant while maintaining the interpleader action against other parties—none of whom held any superior claim to the excess proceeds—demonstrates the improper and pretextual nature of the entire interpleader filing.

## V. THE FUNDS SHOULD BE RELEASED WITH ACCRUED INTEREST

Claimant is entitled not only to the principal amount of interpleaded funds but also to all interest accrued from the date of interpleader (September 16, 2022) to the present date. Court

registry funds earn interest while held, and such interest accrues to the benefit of the rightful owner. Claimant should receive the full principal plus all accrued interest without deduction or delay.

## CONCLUSION

Claimant respectfully submits that it is the clear and undisputed owner of the Property by virtue of the recorded Foreclosure Deed. Under Nevada law, all excess foreclosure proceeds belong to the property owner. Red Rock's interpleader was improper, unsupported by genuine competing claims, and in violation of statutory procedures. Claimant was wrongfully excluded from the proceeds that rightfully belong to it. Accordingly, Claimant respectfully requests that this Court enter an Order directing the Clerk to release all interpleaded funds, plus accrued interest, to Fidelity Management Group & Services, LLC.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Nevada that I am a resident of Clark County, Nevada, and I am employed in an occupation by which I am authorized to serve process in the State of Nevada. On the 18th day of February, 2026, I served a true and correct copy of the foregoing MOTION FOR RELEASE OF INTERPLEADED FUNDS upon Red Rock Financial Services, LLC and its counsel, Steven B. Scow and Kerry P. Faughnan, by serving on counsel for Plaintiff at the following address(es):

Steven B. Scow and Kerry P. Faughnan KOCH & SCOW LLC 11500 S. Eastern Ave., Suite 210 Henderson, NV 89052 (702) 318-5040 sscow@kochscow.com kfaughnan@kochscow.com

I declare that I am employed in the County of Clark, State of Nevada. I am aware of and comply with all provisions of the Nevada Revised Statutes and the Nevada Rules of Civil Procedure regarding the service of process.

I served the foregoing document(s) by electronic mail, which service is authorized in this matter, and/or by first class mail, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: February 18, 2026

Fidelity Management Group & Services, LLC
By: ______________________
Dukhan Byrd
Authorized Representative
8275 S. Eastern Ave. Ste #200
Las Vegas, NV 89123