# EXHIBIT 5

**A-22-851152-C**

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

**Other Civil Matters** | **COURT MINUTES** | **April 20, 2026**

| | | |
|---|---|---|
| A-22-851152-C | Red Rock Financial Services, Plaintiff(s)<br>vs.<br>Rowena Thompson, Defendant(s) | **Department 15** |

**April 20, 2026** **09:00 AM** **Motion for Release of Interpleaded Funds**

**HEARD BY:** Hardy, Joe **COURTROOM:** RJC Courtroom 11D

**COURT CLERK:** Rabon Lopez, Dafne

**RECORDER:** Yarbrough, Matt

**REPORTER:**

**PARTIES PRESENT:**

**JOURNAL ENTRIES**

Dukhan Byrd present as a representative for Fidelity Management Group & Services LLC.

Upon Court's inquiry, Mr. Byrd confirmed he is not an attorney. COURT ORDERED, Motion for Release of Interpleaded Funds DENIED, as Mr. Byrd is not an attorney and he is not qualified to represent entity.