# EXHIBIT 6

Electronically Filed
04/23/2026 3:05 PM
CLERK OF THE COURT

**ODM**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| RED ROCK FINANCIAL SERVICES,<br><br>Plaintiff,<br>v.<br><br>ROWENA OLIVIA THOMPSON, an individual; MTC FINANCIAL INC.; et al.,<br><br>Respondent(s). | CASE NO.: A-22-851152-C<br>DEPT NO.: XV<br><br>**ORDER DENYING FIDELITY MANAGEMENT GROUP & SERVICES, LLC'S MOTION FOR RELEASE OF INTERPLEADED FUNDS** |

On February 24, 2026, a Motion for Release of Interpleaded Funds was filed by a purported representative of Fidelity Management Group & Services, LLC. This motion came on for hearing before this Court on April 20, 2026, at 9:00 a.m. Dukhan Byrd was present at the hearing as a representative for Fidelity Management Group & Services, LLC. Upon the Court's inquiry, Mr. Byrd confirmed that he is not an attorney.

Therefore, the Court DENIES the Motion for Release of Interpleaded Funds because Mr. Byrd is not an attorney and cannot represent the entity in this matter.

**Dated this 23rd day of April, 2026**

**E5C 137 19DC 354E**
**Joe Hardy**
**District Court Judge**

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Red Rock Financial Services, Plaintiff(s)<br>vs.<br>Rowena Thompson, Defendant(s) | CASE NO: A-22-851152-C<br>DEPT. NO. Department 15 |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Denying Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 4/23/2026

| | |
|---|---|
| Danielle Kelley | dkelley@hutchlegal.com |
| Dukhan Byrd | fidelitya1enterprises@gmail.com |

If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 4/24/2026

| | |
|---|---|
| Rowena Thompson | 6145 Darnley Street<br>North Las Vegas, NV, 89081 |
| Steven Scow | King Scow Koch Durham LLC<br>Attn: Steven B. Scow, Esq<br>11500 S. Eastern, Ste. 210<br>Henderson, NV, 89052 |