FILED ✓ ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
SEP - 3 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RJDG DEPUTY

DUKHAN BYRD
404 S Boulder Hwy
Henderson, NV 89015
Telephone: (725) 400-6077
Email: Fidelitya1enterprises@gmail.com

Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DUKHAN BYRD,<br><br>Plaintiff,<br>v.<br><br>RED ROCK FINANCIAL SERVICES, LLC; STEVEN B. SCOW; KERRY P. FAUGHNAN; KNOCH & SCOW LLC; STEARNS LENDING LLC; STATE OF NEVADA; CLARK COUNTY DISTRICT COURT; MTC FINANCIAL INC.; MORTGAGE ELECTRONIC REGISTRATION SERVICES; FREEDOM MORTGAGE CORPORATION; TRUSTEE CORPS,<br><br>Defendants. | **Case No. 2:26-cv-01897-RFB-BNW**<br><br>**PLAINTIFF DUKHAN BYRD'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS RED ROCK FINANCIAL SERVICES, LLC, STEVEN B. SCOW, AND KOCH & SCOW, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**(Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1)**<br><br>(First Request) |

Plaintiff Dukhan Byrd, appearing pro se ("Plaintiff"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1, for an order extending the time for Plaintiff to file his response to the Motion to Dismiss and Motion to Strike filed by Defendants Red Rock Financial Services, LLC, Steven B. Scow, and Koch & Scow, LLC ("Moving Defendants") on August 18, 2026 [ECF No. 15], up to and including October 3, 2026. This motion is filed before Plaintiff's current deadline expires and is supported by the following points and authorities.

## I. STATEMENT REQUIRED BY LOCAL RULE IA 6-1

This is Plaintiff's first request for an extension of the deadline to respond to Moving Defendants' Motion to Dismiss and Motion to Strike [ECF No. 15]. No previous extension of this deadline has been sought or granted.

## II. RELEVANT BACKGROUND

Moving Defendants filed their Motion to Dismiss and Motion to Strike on August 18, 2026. [ECF No. 15]. On August 20, 2026, the Court entered a Minute Order in Chambers regarding the requirements of Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988), and Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998), advising Plaintiff of what is required to oppose a dispositive motion and setting Plaintiff's deadline to file an opposition at fourteen (14) days from the date of that order, with any reply due seven (7) days after the opposition is filed. [ECF No. 18]. Under that order, Plaintiff's opposition is due September 3, 2026. Plaintiff is proceeding in this action without counsel and is currently working to retain an attorney to represent him, given the number of defendants and the legal and factual complexity of the claims and defenses at issue, including questions of

federal subject-matter jurisdiction, the statute of limitations, and civil RICO pleading requirements. Plaintiff requires additional time to retain counsel, or in the alternative to prepare on his own behalf, a complete and well-supported response to Moving Defendants' fourteen-page motion, which raises multiple, independent grounds for dismissal.

## III. THE COURT SHOULD GRANT PLAINTIFF'S TIMELY REQUEST FOR A SHORT EXTENSION

### *A. Legal Standard*

Federal Rule of Civil Procedure 6(b)(1)(A) permits a court, for good cause, to extend a deadline where the request is made before the original deadline expires. Fed. R. Civ. P. 6(b)(1)(A). Because this motion is filed on the date Plaintiff's response is currently due, before that deadline has expired, Plaintiff need not demonstrate excusable neglect; he need only state the reasons for the extension and identify any previous extensions of this deadline, as Local Rule IA 6-1(a) requires. As stated above, this is Plaintiff's first request, and none has previously been granted.

### *B. Good Cause Supports a Short Extension*

Good cause exists to grant a brief extension here. Plaintiff is proceeding pro se and is working diligently to retain counsel, given the number of parties and the substantive complexity of the issues Moving Defendants raise, including threshold jurisdictional arguments, a statute-of-limitations defense, and pleading challenges under Rules 8, 9(b), and 12(f). A short extension will allow Plaintiff to obtain counsel, or, in the alternative, to prepare a complete and well-supported response on his own behalf, without prejudice to Moving Defendants: no trial date, discovery deadline, or other case-management deadline is affected by the requested extension. Courts routinely grant timely, first requests of this kind, and afford pro se litigants reasonable latitude in navigating procedural deadlines. Haines v. Kerner, 404 U.S. 519, 520–21 (1972).

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff an extension of time, up to and including October 3, 2026, within which to file his response to Defendants Red Rock Financial Services, LLC, Steven B. Scow, and Koch & Scow, LLC's Motion to Dismiss and Motion to Strike [ECF No. 15].

DATED this 3rd day of September, 2026.

Respectfully submitted,

DUKHAN BYRD
404 S Boulder Hwy
Henderson, NV 89015
Telephone: (725) 400-6077
Email: Fidelitya1enterprises@gmail.com

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I filed and/or served the foregoing PLAINTIFF DUKHAN BYRD'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS RED ROCK FINANCIAL SERVICES, LLC, STEVEN B. SCOW, AND KOCH & SCOW, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE by [CM/ECF electronic filing / U.S. Mail, postage prepaid,] addressed to the following counsel of record and/or parties:

Steven B. Scow, Esq.
King Scow Koch Durham LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052

Attorneys for Defendants Red Rock Financial Services, LLC; Steven B. Scow; and Koch & Scow, LLC
(sscow@kskdlaw.com)

Edgar C. Smith, Esq.
Steele LLP
Attorneys for [confirm which Defendant(s) — per ECF No. 18's service list]
(nvecf@steelellp.com)

[Add remaining counsel of record / pro se parties and their addresses, as applicable — check the docket/NEF for the complete, current service list.]

______________________________
DUKHAN BYRD

--